# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ROSEMARY PUENTES,

    Plaintiff,

v.                                       No. 2:20-cv-1320 MV/KRS

RES-CARE, INC.,

    Defendant.

## ORDER ADOPTING PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on Magistrate Judge Kevin R. Sweazea's proposed findings and recommended disposition ("PFRD"), (Doc. 27), filed June 9, 2021. In the PFRD, the magistrate judge recommended that Plaintiff's Motion to Remand and for Attorney Fees, (Doc. 6), be granted; this case be remanded to the Third Judicial District Court, Dona Ana County, State of New Mexico; and Plaintiff be awarded reasonable fees incurred in connection with the Motion to Remand. The parties were notified that objections were due within fourteen days of service of the PFRD; no objections were filed and the time for doing so has passed.

**IT IS THEREFORE ORDERED** that:

1. The PFRD, (Doc. 27), is adopted;

2. Plaintiff's Motion to Remand and for Attorney Fees, (Doc. 6), is granted;

3. This case is remanded to the Third Judicial District Court, Dona Ana County, State of New Mexico; and

4. Plaintiff is awarded reasonable fees incurred in connection with the Motion to Remand. Plaintiff shall file an affidavit and itemization of fees for the Court's

consideration within fourteen days of the entry of this Order, and Defendant shall have fourteen days thereafter to respond to the affidavit.

_____
UNITED STATES DISTRICT JUDGE